**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PHILIP ARNOLD ROCK,

      Plaintiff,

  v.

          **ORDER ADOPTING REPORT**
          **AND RECOMMENDATION**
          Civil File No. 25-03493 (MJD/EMB)

AMANDA MARGARET HAWKINS,

      Defendant.

---

Philip Arnold Rock, <u>pro se</u>.
Robert Due, DeWitt LLP, Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and
Recommendation of United States Magistrate Judge Elsa M. Bullard, dated July
14, 2026.  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the
record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the
Court adopts the Report and Recommendation of Magistrate Judge Bullard.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States

   Magistrate Judge Elsa M. Bullard, dated July 14, 2026 **[Doc. 28]**;

2. Defendant Amanda Margaret Hawkins' Motion to Dismiss **[Doc. 6]** is

   **GRANTED**; and

3. This matter is **DISMISSED with prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 11, 2026                    s/Michael J. Davis
                                           Michael J. Davis
                                           United States District Court